```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0019--CR (RRB)
              "USA V CATHLEEN N. MCLAUGHLIN"
                DEF 1.1 MCLAUGHLIN, CATHLEEN N
```

Including terminated defendants, excluding terminated counsel

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  02/16/05
            Closed:  NO
 No. of Defendants:  1
    MJ Case Number:
               AKA:
   Location status:  Released on Own Recognizance
        Trial date:
        Terminated:  NO
 Needs interpreter:  NO
 Counsel of record:  Kevin T. Fitzgerald
                    Ingaldson Maassen
                    813  W. 3rd Avenue
                    Anchorage, AK 99501-2001
                    907-258-8750
                    FAX 907-258-8751
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Crandon H. Randell
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 MCLAUGHLIN, CATHLEEN N
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:1343 WIRE FRAUD (F) | Pending |
| 1 - 1 IND | 2 | 18:1343 WIRE FRAUD (F) | Pending |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A05-0019--CR (RRB)
                              "USA V CATHLEEN N. MCLAUGHLIN"

                                     For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/16/05
             Closed: NO
No. of Defendants: 1


 Document #   Filed      Docket text

      1 -  1  02/16/05   [Re: DEF 1] PLF 1 Indictment.

      2 -  1  02/16/05   [Re: DEF 1] JDR Grand Jury Minutes. Bail set at O/R. Summons to be
                         issued.  Set for arraignment and notify USM.

   NOTE -  1  02/17/05   Issued: Summons

      3 -  1  02/17/05   [Re: DEF 1] AHB Minute Order; arr is set 3/21/05 at 2:00 p.m.  cc: USA,
                         USM, PO, Def (by USM)

      4 -  1  02/22/05   USM Return of summons executed 2/23/05.

   NOTE -  2  02/28/05   Notation: proposed trial date setting for arraignment and notice of
                         speedy trial act ddlns forwarded to chambers.

      5 -  1  03/22/05   [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] re Arr on Indt
                         (held 3/21/05); Kevin Fitzgerald present as retained cnsl; plead NG;
                         bond set at O/R; Personal Recognizance Order FLD; Order Setting Conds of
                         Rls FLD; PTMs due 4/5/05; ORder Re Preparation for Trial FLD; cnsl
                         advised of trial date set for 5/2/05; neither cnsl stated conflice
                         w/trial date; def to turn over passport to Clerk's Ofc.  cc:  USA, K.
                         Fitzgerald, USM, USPO, Judge Beistline

      6 -  1  03/22/05   [Re: DEF 1] AHB Order regarding preparation for trial; cnsl to
                         meet/confer 3/22/05; PTMs due 4/5/05.  cc:  USA, K. Fitzgerald

      7 -  1  03/22/05   [Re: DEF 1] AHB Order of Personal Recognizance. cc:  USA, K. Fitzgerald,
                         USM, USPO

      8 -  1  03/22/05   [Re: DEF 1] Order setting conditions of release.  Def rlsd on O/R
                         w/conds; def to surrender passport by COB 3/21/05.  cc:  USA, K.
                         Fitzgerald, USM, USPO

      9 -  1  03/22/05   DEF 1 Attorney Appearance of K. Fitzgerald.

     10 -  1  03/23/05   [Re: DEF 1] RRB Minute Order setting trial by jury for 5/2/05 at 8:30
                         a.m. and FPTC for 4/26/05 at 8:30 a.m..  cc: AUSA, K. FITZGERALD, USM,
                         USPO, MJ Branson, jury clerk

     11 -  1  03/24/05   [Re: DEF 1] Clerk's Notice that pursuant to Order Setting Conditions of
                         Release dtd 3/22/05 the original passport 159717223 has been received by
                         the Clerk's Office and placed in the vault for safe keeping. cc: USA, K.
                         Fitzgerald, USM, PO, Finace

     12 -  1  03/24/05   [Re: DEF 1] PLF 1 Discovery conference certificate.

     13 -  1  04/06/05   DEF 1 Unopposed motion to continue motions deadline for ten days.

     14 -  1  04/07/05   [Re: DEF 1] AHB Minute Order denying unopposed motion to continue
                         motions deadline for ten days (13-1).  cc: AUSA, K. Fitzgerald

ACRS: R_RDSDX                    As of 12/01/05 at 2:55 PM by GARRY                        Page 1
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A05-0019--CR (RRB)
                              "USA V CATHLEEN N. MCLAUGHLIN"
```

|                                    |
| ---------------------------------- |
| For all filing dates               |

| Document # | Filed | Docket text |
| --- | --- | --- |
| 15 - 1 | 04/26/05 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] re FPTC (held 04/26/05); oral mot to continue TBJ Granted; Court found excludable delay under 18 U.S.C. Section 3161 (h)(8)(B)(iv); TBJ set 05/02/05 at 8:30 Vacated; FPTC set 06/15/05 at 11:45 a.m.; TBJ set 06/20/05 at 8:30 a.m.; def's conditions of release continued. cc: USA, K. Fitzgerald, USPO, Magistrate Judge Branson, JC. |
| 16 - 1 | 06/08/05 | [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: USA, K. Fitzgerald, Judge Beistline |
| 17 - 1 | 06/15/05 | [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re FPTC (held 6/15/05); PCOP set for 7/27/05 at 1:30 pm; tbj set for 6/20/05 vacated; bond cont.  cc: USA, K. Fitzgerald, USM, USPO, JC, MJ Roberts |
| 18 - 1 | 06/16/05 | DEF 1 Notice of Intent to change plea. |
| 19 - 1 | 07/25/05 | DEF 1 Unopposed expedited motion for continuance of change of plea set for 7/27/05. |
| 20 - 1 | 07/27/05 | [Re: DEF 1] RRB Court Minutes [ECR: April Karper] re Proposed Change of Plea Hrg (held 7/27/05); granting motion Unopposed expedited motion for continuance of change of plea set for (19-1); Cont Proposed Change of Plea set for 9/1/05 at 1:30 p.m.; cc: USA, K. Fitzgerald, USM, USPO, MJ Roberts. |
| 21 - 1 | 07/28/05 | [Re: DEF 1] RRB Order [Re: DEF 1] RRB Order granting expedited request for continuance of COP.  cc: AUSA, K. Fitzgerald, USM, UPSO, MJ Roberts |
| 22 - 1 | 09/01/05 | [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re PCOP (Held 9/1/05); def present telephonically; PCOP cont to 9/9/05 at 9:00 am; def & physician to be present telephonically if def is unable to be present in person for medical reasons.  cc: USA, K. Fitzterald, USM, USPO, MJ Roberts |
| 23 - 1 | 09/09/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re Cont PCOP (held 9/9/05); def changed plea to guilty on ct 1; ct 2 to be dismissed at IOS; IOS set 11/30/05 at 9:00 a.m.  cc: USA, K. Fitzgerald, USM, USPO, Mag. Judge Roberts |
| 24 - 1 | 11/23/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 25 - 1 | 11/23/05 | DEF 1 Sentencing Memorandum w/att exhs. |
| 26 - 1 | 11/29/05 | [Re: DEF 1] RRB Minute Order IOS set 11/30/05 is changed from 9:00 a.m. to 4:00 p.m. in Courtroom #2.  cc: AUSA, K. FITZGERALD, USM, USPO |