Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile

LODGED
DEC 08 2005

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,       )   Case No. A05-0019 CR (RRB)
                                )
                Plaintiff,      )   **[PROPOSED] ORDER GRANTING**
                                )   **UNOPPOSED EXPEDITED MOTION**
        v.                      )   **TO CONTINUE RESTITUTION**
                                )   **HEARING**
CATHLEEN N. McLAUGHLIN,         )
                                )
                Defendant.      )
_____)

        THIS MATTER, having come before the court upon

defense counsel's Unopposed Motion to Continue Restitution

Hearing, and the court being familiar with the records and

matters on file herein,

        IT IS ORDERED that the restitution hearing for

this matter is rescheduled to December  _15_  2005 at

_10:00_____  o'clock _A_.m. before the undersigned in

Courtroom  _2_____.

        DATED:_____/2/9/05_____

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. McLaughlin
Case A05-0019 CR (RRB)
Order
                        Page 1 of 2



RALPH R. BEISTLINE
U.S. District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the ___8___ day of ___December___ ,
2005____, a copy of the foregoing was
sent to the following via:

[ ✓ ] U.S. Mail, First Class, Postage Prepaid
[ ] Hand-Delivery
[ ] Fax to 271-1500
[ ] Federal Express

Crandon Randell, Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh, #9, Room 253
Anchorage, AK  99513-7567

___Jennifer M. Jones___
F:\W\3105-1\Pleading\Order on Restitution.doc

✱  The Court will conduct
this hearing telephonically.
Therefore exhibits should be
filed with the Court at
least 24 hours prior to
the hearing.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. McLaughlin
Case A05-0019 CR (RRB)
Order