Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. A05-0019 CR (RRB) ) |
| v. | ) **NOTICE OF DESIGNATION** ) **OF TRANSCRIPT** |
| CATHLEEN N. McLAUGHLIN, | ) ) |
| Defendant. | ) ) |

Comes now defendant, Cathleen N. McLaughlin, by and through undersigned counsel, and designates the following portion of the transcript on appeal:

11/30/05   Sentencing Hearing

Dated at Anchorage, Alaska December 29, 2005.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant

By: _____
    Kevin T. Fitzgerald
    ABA No. 8711085

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. McLaughlin
Case A05-0019 CR (RRB)
Notice

Page 1 of 2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the  30  day of  December  , 200 5 , a copy of the foregoing was sent to the following via:

[✓] U.S. Mail, First Class, Postage Prepaid
[ ] Hand-Delivery
[ ] Fax to 271-1500
[ ] Federal Express

Crandon Randell, Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh, #9, Room 253
Anchorage, AK  99513-7567

*Jennifer M. Jones*
F:\W\3105-1\Pleading\Notice of Designation.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. McLaughlin
Case A05-0019 CR (RRB)
Notice