Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             )<br>        Plaintiff,  )<br>             )<br>    v.       )<br>             )<br>CATHLEEN N. McLAUGHLIN,  )<br>             )<br>        Defendant.  )<br>_____) | No. 3:05-cr-019-RRB<br><br>**TABLE OF CONTENTS FOR EXHIBITS TO RESPONSE TO UNITED STATES' "SUPPLEMENTAL MEMORANDUM ON RESTITUTION"** |

Exhibit A – Check to estate of Hellie for $198,931.71, dated 5/12/00

Exhibit B – Closing statement for cabin, dated 9/25/02

Exhibit C – Closing statement, dated 6/18/03

Exhibit D – Payments to Ahearn/Webb

Exhibit E – Checks to pay off credit cards

Exhibit F – Checks to pay off credit card debt

Exhibit G – Earnest money agreement for mobile home

Exhibit H – Expenses related to Oregon residence

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. McLaughlin
No. 3:05-cr-019-RRB
Table of Contents

Exhibit I - Expenses related to Oregon residence

Dated at Anchorage, Alaska January 17, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on _____,
a copy of the foregoing _____
was served electronically on:

Crandon Randell, Assistant U.S. Attorney

 s/Kevin T. Fitzgerald
F:\W\3105-1\Pleading\Exhibits TOC.doc

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. McLaughlin
No. 3:05-cr-019-RRB
Table of Contents