

```
                                                                5580
CATHLEEN NELSON McLAUGHLIN PC
   310 K ST STE 400  907-276-5294                              89-93/1252
      ANCHORAGE, AK 99501

                                           DATE  5/12/2000

PAY
TO THE   Estate of Nicholas Hellie, Personal Rep. Rob Hellie   | $ 198,931 74/100
ORDER OF
One hundred ninety eight thousand nine hundred thirty one dollars + 74/100  DOLLARS

       Northrim Bank        010000767  3535  00
       3111 C ST., ANCHORAGE, AK 99503

FOR  Settlement / Farm Bureau              CN McLaughlin

  ⑆005580⑆  ⑆125200931⑆  107044109⑆              ⑆00198931 74⑆
```

AccountNum:107044109
CheckAmt:198931.7
TransCode:0
TrRoutNum:12520093
SerialNum:5580
ProcDate:05/19/2000
ItemSeqNum:10000767
MflmSeqNum:3535

AccountNum:107044109
CheckAmt:198931.7
TransCode:0
TrRoutNum:12520093
SerialNum:5580
ProcDate:05/19/2000
ItemSeqNum:10000767
MflmSeqNum:3535

Exhibit __A__
Page __1__ of __1__ Pages