| A. | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | B. | TYPE OF LOAN | OMB No. 2502-0265 |
|---|---|---|---|---|
| | SETTLEMENT STATEMENT | | 1. ☐ FHA   2. ☐ FMHA   3. ☒ CONV. UNINS.<br>4. ☐ VA    5. ☐ CONV. INS. | |
| | | 6. FILE NUMBER: 0206360 | 7. LOAN NUMBER: 7563751L01 | |
| | | 8. MORTGAGE INS. CASE NO. | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME & ADDRESS OF BORROWER: Thomas P. Beesing and Winona M. Beesing  P.O. Box 672226, Chugiak, AK

E. NAME & ADDRESS OF SELLER: Michael S. McLaughlin and Cathleen M. McLaughlin  HC 01 Box 6139C, Palmer, AK 99645

F. NAME AND ADDRESS OF LENDER: Alaska USA Federal Credit Union  4000 Credit Union Drive - 5th Floor, Anchorage, AK 99503

G. PROPERTY LOCATION: 18113 & 18131 W Bryant Road, Wasilla, AK 99654

H. SETTLEMENT AGENT: First American Title of Alaska

PLACE OF SETTLEMENT: 11823 Old Glen Hwy., Suite 120, Eagle River, AK 99577  907-694-1456

I. SETTLEMENT DATE: 9/25/2002                             AMENDED FINAL

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due to Seller:** | |
| 101. Contract sales price | 72,500.00 | 401. Contract sales price | 72,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: (line 1400) | 458.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller In Advance:* | | *Adjustments For Items Paid By Seller In Advance:* | |
| 106. City/town taxes           to | | 406. City/town taxes           to | |
| 107. County taxes  9/25/02  to  1/01/03 | 255.02 | 407. County taxes  9/25/02  to  1/01/03 | 255.02 |
| 108. Assessments           to | | 408. Assessments           to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower:** | 73,213.52 | **420. Gross Amount Due to Seller:** | 72,755.02 |
| **200. Amounts Paid By Or In Behalf Of Borrower:** | | **500. Reductions in Amount Due To Seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 22,750.00 | 502. Settlement charges to seller (line 1400) | 399.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. INITIAL DEPOSIT PAID TO ESCROW | 250.00 | 504. Payoff of first mortgage loan | |
| 205. ADDITIONAL DEPOSITS | 49,213.52 | 505. Payoff of second mortgage loan | |
| 206. DEPOSIT TO SELLER | 1,000.00 | 506. DEPOSIT TO SELLER | 1,000.00 |
| 207. | | 507. DISBURSEMENTS TO SELLER | 70,880.58 |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller:* | | *Adjustments For Items Unpaid By Seller:* | |
| 210. City/town taxes           to | | 510. City/town taxes           to | |
| 211. County taxes           to | | 511. County taxes           to | |
| 212. Assessments           to | | 512. Assessments           to | |
| 213. | | 513. County Taxes | 341.78 |
| 214. | | 514. County Taxes | 133.16 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower:** | 73,213.52 | **520. Total Reductions In Amount Due Seller:** | 72,755.02 |
| **300. Cash At Settlement From/To Borrower:** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross amount due from borrower (line 120) | 73,213.52 | 601. Gross amount due to seller (line 420) | 72,755.02 |
| 302. Less amount paid by/for borrower (line 220) | 73,213.52 | 602. Less reductions in amount due seller (line 520) | 72,755.02 |
| 303. Cash (☐FROM)(☐TO)Borrower: | 0.00 | 603. Cash (☐TO)(☐FROM) Seller: | 0.00 |

Previous Edition is Obsolete  
Form No. 1581  
3/86

Page 1 of 3

SB-4-3538-000.1  
HUD-1 (3-86)  
RESPA, HB 4305.2

Exhibit B  
Page 1 of 2 Pages

Escrow No. 0206360

## L. SETTLEMENT CHARGES

| | | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|---|
| 700. Total Sales/Broker's Commission Based On Price $ @ % = | | | |
| Division of Commission (line 700) As Follows: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| **800. Items Payable in Connection with Loan:** | | | |
| 801. Loan Origination fee 0.000 % | | | |
| 802. Loan Discount 0.000 % | | | |
| 803. Appraisal Fee to | | | |
| 804. Credit Report to | | | |
| 805. Lender's Inspection fee | | | |
| 806. Mortgage insurance application fee to | | | |
| 807. Assumption fee | | | |
| 808. Loan Processing Fee TO Alaska USA Federal Credit Union | | 99.00 | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required By Lender To Be Paid In Advance:** | | | |
| 901. Interest from to @$ /day | | | |
| 902. Mortgage insurance premium for mo. to | | | |
| 903. Hazard insurance premium for yrs. to | | | |
| 904. Flood insurance premium for yrs. to | | | |
| 905. | | | |
| **1000. Reserves Deposited With Lender:** | | | |
| 1001. Hazard insurance months @$ per month | | | |
| 1002. Mortgage insurance months @$ per month | | | |
| 1003. City property taxes months @$ per month | | | |
| 1004. County property taxes months @$ per month | | | |
| 1005. Annual assessments months @$ per month | | | |
| 1006. Flood insurance months @$ per month | | | |
| 1007. months @$ per month | | | |
| **1100. Title Charges** | | | |
| 1101. Settlement or closing fee to First American Title of Alaska | | 111.50 | 111.50 |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
| (includes above items Numbers: ) | | | |
| 1108. Title insurance to First American Title of Alaska | | 237.00 | 237.00 |
| (includes above items Numbers: ) | | | |
| 1109. Lender's coverage $ | | | |
| 1110. Owner's coverage $ 72,590.00 Premium: 474.00 | | | |
| 1111. Federal Express Fees | | | 40.00 |
| 1112. | | | |
| 1113. | | | |
| **1200. Government Recording and Transfer Charges:** | | | |
| 1201. Recording fees: Deed $ 22.00 ;Mortgage $ ;Releases $ | | 11.00 | 11.00 |
| 1202. City/county tax/stamps: Deed $ ;Mortgage $ | | | |
| 1203. State tax/stamps: Deed $ ;Mortgage $ | | | |
| 1204. | | | |
| 1205. | | | |
| **1300. Additional Settlement Charges:** | | | |
| 1301. Survey to | | | |
| 1302. Pest inspection to | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| **1400. Total Settlement Charges** (Enter on line 103, Section J - and - line 502, Section K) | | 458.50 | 399.50 |

Exhibit B Page 2 of 2 Pages