FINAL

OMB NO. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>SETTLEMENT STATEMENT | B. TYPE OF LOAN: |
|---|---|
| | 1. ☐ FHA  2. ☐ FmHA  3. ☐ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS. |
| | 6. FILE NUMBER: MS57475 |
| | 7. LOAN NUMBER: |
| | 8. MORTGAGE INS CASE NUMBER: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98   (MS57475.PFD/MS57475/18)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| David L. Barnes | Michael S. McLaughlin<br>Cathleen N. McLaughlin | Pacific Alaska Mortgage<br>2600 Denali St. Suite 702<br>Anchorage, AK 99503 |

| G. PROPERTY LOCATION:<br>950 S. Joanne Drive<br>Palmer, AK 99645<br><br>Lot 6, Block 3<br>Campus by Cottrell Subd. | H. SETTLEMENT AGENT:<br>Mat-Su Title Insurance Agency, Inc.<br><br>PLACE OF SETTLEMENT<br>951 E. Bogard Rd. #100<br>Wasilla, Alaska 99654 | I. SETTLEMENT DATE:<br>June 18, 2003<br><br>Disburse: 06/24/03 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | 445,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes        to | | 406. City/Town Taxes        to | |
| 107. County Taxes        to | | 407. County Taxes        to | |
| 108. Assessments        to | | 408. Assessments        to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | | 420. GROSS AMOUNT DUE TO SELLER | 445,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 26,227.25 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage to GMAC | 97,778.24 |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes        to | | 510. City/Town Taxes        to | |
| 211. County Taxes        to | | 511. County Taxes  01/01/03 to 06/24/03 | 2,590.64 |
| 212. Assessments        to | | 512. Assessments        to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 126,596.13 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | | 601. Gross Amount Due To Seller (Line 420) | 445,000.00 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( ) | 602. Less Reductions Due Seller (Line 520) | 126,596.13 |
| 303. CASH ( X FROM ) ( TO ) BORROWER | | 603. CASH ( X TO ) ( FROM ) SELLER | 318,403.87 |

By signing page 2 of this statement, the signatories acknowledge receipt of a completed copy of page 1 of this two page statement.

Exhibit C
Page 1 of 2 Pages

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price | $ 445,000.00 @ 5.0000 % | 22,250.00 | | |
| Division of Commission (line 700) as Follows: | | | | |
| 701. $ 11,125.00 to Dynamic Properties | | | | |
| 702. $ 11,125.00 to Coldwell Banker Fortune | | | | |
| 703. Commission Paid at Settlement | | | | 22,250.00 |
| 704. City Sales Tax  to Dynamic Properties | | | | 12.50 |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee % to | | | | |
| 802. Loan Discount % to | | | | |
| 803. Appraisal Fee to Strong Appraisals | | | | 550.00 |
| 804. to | | | | |
| 805. Tax Service Fee to Wells Fargo | | | | 72.00 |
| 806. to | | | | |
| 807. Document Preparation Fee to Pacific Alaska Mortgage | | | | 100.00 |
| 808. to | | | | |
| 809. – 820. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From to @ $ /day ( days %) | | | | |
| 902. Mortgage Insurance Premium for months to | | | | |
| 903. Hazard Insurance Premium for years to | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance @ $ per | | | | |
| 1002. Mortgage Insurance @ $ per | | | | |
| 1003. City/Town Taxes @ $ per | | | | |
| 1004. County Taxes @ $ per | | | | |
| 1005. Assessments @ $ per | | | | |
| 1006. @ $ per | | | | |
| 1007. @ $ per | | | | |
| 1008. Aggregate adjustment @ $ per | | | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or Closing Fee to Mat-Su Title Insurance Agency, Inc. | | | | 318.75 |
| 1102. Abstract or Title Search to | | | | |
| 1103. Title Examination to | | | | |
| 1104. Title Insurance Binder to | | | | |
| 1105. Document Preparation to | | | | |
| 1106. Notary Fees to | | | | |
| 1107. Attorney's Fees | | | | |
| (includes above item numbers: ) | | | | |
| 1108. Title Insurance to | | | | 1,617.00 |
| (includes above item numbers: ) | | | | |
| 1109. Lender's Coverage $ 356,000.00 | 480.25 | | | |
| 1110. Owner's Coverage $ 445,000.00 | 1,617.00 | | | |
| 1111. to | | | | |
| 1112. Wire fee to Mat-Su Title Insurance Agency, Inc. | | | | 25.00 |
| 1113. | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees: Deed $ 22.00; Mortgage $ 140.00; Releases $ | | | | 81.00 |
| 1202. City/County Tax/Stamps: Deed $ ; Mortgage $ | | | | |
| 1203. State Tax/Stamps: Deed $ ; Mortgage $ | | | | |
| 1204. Assignment to Mat-Su Title Insurance Agency, Inc. | | | | 11.00 |
| 1205. to | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey to Robert W. Basler | | | | 400.00 |
| 1302. Pest Inspection to | | | | |
| 1303. Engineering Services to Pinard Engineering | | | | 430.00 |
| 1304. Home Warranty to AON | | | | 360.00 |
| 1305. | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | | | 26,227.25 |

FIGURES ARE SUBJECT TO CHANGE IF THERE IS A DELAY IN RECORDING OR DISBURSING BEYOND THE DATE INDICATED ON PAGE 1

Exhibit C
Page 2 of 2 Pages