

Exhibit D
Page 1 of 4 Pages

**WELLS FARGO**

ACCOUNT: 110-1472669    STATEMENT DATE: November 20, 2002    IMAGE PAGE    4



| REF# | CK# | Amount |
|---|---|---|
| 0105802330 | 4230 | 25.00 |
| 0105802320 | 4231 | 25.00 |
| 0156000230 | 4232 | 75.00 |
| 0157801730 | 4233 | 50.00 |
| 0155801560 | 4234 | 42.61 |
| 0107202140 | 4236 | 422.64 |
| 3471800850 |  | 15008.00 |

Exhibit D
Page 2 of 4 Pages

NOTICE: see reverse side for important information.

**CATHLEEN NELSON McLAUGHLIN, PC**
[address illegible]
ANCHORAGE, AK 99501

Check No. 6170

Date: 12/1/02

Pay to the order of: St. Paul     $5,000.00

Five thousand dollars + no/100 ——————— Dollars

NORTHERN BANK
ANCHORAGE, AK [illegible]

[account numbers illegible]

Signature: C. McLaughlin

---

[Back of check endorsement]

2002/223  011034167
R - 21, B - 037, P - 01

091000022< CREDIT TO THE ACCT OF    122002 111    16
           THE WITHIN NAMED PAYEE

091000022 12282002 5004
S/T 104 ID 90 PKT 23
ACCT 0010012024030/4

7144768104

ENDORSE HERE:
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

Exhibit D
Page 3 of 4 Pages



**WELLS FARGO**

ACCOUNT: 110-1472669   STATEMENT DATE: November 20, 2002   IMAGE PAGE   3