

```
ACCOUNT: 110-1472669        STATEMENT DATE: July 18, 2003        IMAGE PAGE    2
```

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 4480 | 6/24/03 | Texaco/Shell | $592.30 |
| 4481 | 6/26/03 | AT&T Wireless | $202.12 |
| 4482 | 6/26/03 | AT&T Wireless | $165.89 |
| 4483 | 6/26/03 | USAA FSB | $11,754.88 |
| 4484 | 6/27/03 | Bank of America | $19,200.00 |
| 4485 | 6/27/03 | MBNA America | $1,000.00 |
| 4486 | 6/27/03 | MEA | $65.15 |
| 4487 | 6/27/03 | Winos | $26.01 |
| 4488 | 7/28/03 | Albertsons | $48.30 |
| 4489 | 6/29/03 | Greenwing Ann | $39.00 |

Exhibit E
Page 1 of 1 Pages