**WELLS FARGO**

ACCOUNT: 110-1472669    STATEMENT DATE: March    17, 2004    IMAGE PAGE    2

REF#0158900060 CK#    4690    200.00

REF#0126900090 CK#    4691    274.16

REF#0189100640 CK#    4692    16594.78

REF#0173102470 CK#    4693    2693.66

REF#0159500210 CK#    4694    96.15

REF#0178700030 CK#    4695    84.00

REF#0159500320 CK#    4697    45.78

REF#0188900750 CK#    4700    408.58

REF#0110600080 CK#    4701    43.20

REF#0131800430 CK#    4704    31.24

Exhibit ___F___

Page ___ of ___ Pages

WELLS FARGO

ACCOUNT: 110-1472669     STATEMENT DATE: April     19, 2004     IMAGE PAGE     1

REF#0164700210 CK#   4685   75.00

REF#0172100190 CK#   4696   150.00

REF#0104102490 CK#   4698   50.00

REF#0115900220 CK#   4699   34.20

REF#0176801910 CK#   4705   23.00

REF#0124601810 CK#   4706   8244.90

REF#0163901190 CK#   4707   257.06

REF#0177102790 CK#   4708   960.00

REF#0181602180 CK#   4709   120.00

REF#0177900440 CK#   4710   4000.00

Exhibit    F
Page   2   of 2   Pages

NOTICE: see reverse side for important information