# PROPOSAL

| | |
|---|---|
| PROPOSAL NO. | OZ |
| SHEET NO. | 1 |
| DATE | 8/29/03 |

**PROPOSAL SUBMITTED TO:**

NAME  MICHAEL McLAUGHLIN

ADDRESS  15794 Hiway 66

Ashland OR 97520

PHONE NO.  907 - 250 - 8448

**WORK TO BE PERFORMED AT:**

ADDRESS  Same

DATE OF PLANS

ARCHITECT

We hereby propose to furnish the materials and perform the labor necessary for the completion of _foundation_

for double wide manafactured home nominal measurements of 27x66' perimeter wall of 8x8x16 split face block, continuous concrete runners #4 rebar reinforced, drawing to be furnished by contractor as per manafacturers suggestions, two crawl holes as per owners request.

* Contractor to aquire permit for owner price of permit additional cost above contract amount,

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work, and completed in a substantial workmanlike manner for the sum of _Ten thousand seven hundred twenty three and oo/100's_ Dollars ($ _10,723.00_ )

with payments to be made as follows: _$523 oo upon completion and signing of contract, the balance in two parts $2500 oo upon footing completion $7500 oo upon completion_

Respectfully submitted _Frank A. Bereau III_

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Per _CCB # 118987_

Note - This proposal may be withdrawn by us if not accepted within _____ days.

_Frank Bereau_   _Michael B. McLaughlin_

---

**ACCEPTANCE OF PROPOSAL**

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature _Michael B. McLaughlin_

Date  8/29/03

Signature _Frank A. Bereau III_

D8118

PROPOSAL   Exhibit _H_

Page _1_ of _17_ Pages

## CHANGE ORDER

Project: Mobil foundation, Grensprings Hiway

Owner: Mike & Kathleen McCleod    Date of Issuance: 7/10/04

Contractor: Frank Serean, CCB No. 118987    Change Order No.: 1

Contractor is directed to make the following change in the Work: enlarge footing area (two sides) of double wide mobil home pad, drill pin, install #4 rebar, verticals @ 4'oc. one horizontal #4 rebar continues, correct rest of verticals, cut block to fit as all measurements are now incorrect total time spent on corrections

Adjustment to Contract Price:    48 hrs @ 35.00 = $1680.00

☒ Increase:    Amount $765.00    labor 1680.00
☐ Decrease:    Amount 2515.50    materials 470.00

New Contract Sum After Adjustment: $15,025.00    $2150.00
Contractor % 17 365.50

total spent $2515.50
     2500.00
☒ 5015.50

Change in Contract Time:    MAT: 386.50
LABOR 12 hrs 540.00
@ 45.00 5942.00

☒ Increase:    Amount: 48 HRS
☐ Decrease:    Amount:
☐ No Change

Contract Time After Adjustment:

Responsibility for Change:    Manufacture.

☐ Owner
☐ Contractor

Approved by Owner:    M M Janghton

Dated:

Accepted by Contractor:    F. A. Serean

Frank Serean, CCB No. 118987

Dated: 7/10/04

STATEMENT

FRANK SEREAN
GENERAL CONT.
805 S PACIFIC HIWAY
TALENT OR 97540

DATE 9/12/03

TO MIKE and KATHY McLAUGHLIN
15797 HIWAY 66
ASHLAND OR 97520

DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE   $

| | | |
|---|---|---|
| 10 1/2 HRS EXTRA TIME | 1312 | 50 |
| BACHOE REGRADE. | | |
| BACHOE (180.00) MORE TIME | 712 | 00 |
| MATERIALS: SOLAR BASES | | |
| PLYWOOD 4 SHEETS | 118 | 40 |
| 2x4's x 10' DOUG FIR | 59 | 20 |
| REBAR 8 pces 20' | 26 | 20 |
| LABOR | 750 | 00 |
| CONCRETE 5yds @400 | 500 | 00 |
| 20 yds DG 20 yd R SHALE | 652 | 00 |
| | 4130 | 30 |

BALANCE 3543.33
ROA CK# 4558
ROA CK# 910 $1,000.00

TOTAL 4543.33 + 10%

TOPS FORM 3809
MADE IN U.S.A.          YOUR CHECK IS YOUR RECEIPT

Don Kemry 890-0607  8292

| CUSTOMER'S ORDER NO. | | DEPT. | | DATE: | | |
|---|---|---|---|---|---|---|
| ME: Mike + Kathy McDaughlin | | | | | | |
| ADDRESS: | | | | | | |
| CITY, STATE, ZIP | | | | | | |

| SOLD BY: | | CASH | C.O.D. | CHARGE | ON ACCT. | HDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 8-22 | move in Dozzy | | 75 00 |
| | Dzr time 4hr @ 60 | | 240 — |
| | Labor men w/ weter | | 100 — |
| 8-23 | 10 yd Shale — @ 8 yd | | 80 — |
| 8-25 | 80 yd Shale | | 640 — |
| | Dozr 8 hr | | 480 — |
| 8-26 | yd Shale | | |
| | Dozr time 8 hr | | 480 — |
| 8-27 | 40 yd DG @ 12 yd | | 480 — |
| | 10 yd Shale | | 80 — |
| | Dozr 9 hr | | 480 00 |
| 8-28-05 | | | |
| | Dozr    8 hr | | 480 — |
| | gravel   20 yd | | 240 — |
| | Shale   60 yd | | 480 — |
| | | | 5135 00 |

RECEIVED BY:

KEEP THIS COPY FOR YOUR RECORDS

Exhibit ___H___
Page __4__ of __17__ Pages