8293

| CUSTOMER'S ORDER NO. | DEPT. | DATE: 8-29-03 |
|---|---|---|
| NAME: Mike + Kathy | | |
| ADDRESS: | | |
| CITY, STATE, ZIP | | |

| SOLD BY: | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | | | 5135 — |
| | Dozer & hr. | 480 | — |
| | 4b yd Shale | 320 | 00 |
| | Water for Fire | 200 | — |
| | | | |
| | total | 6,035 | 00 |

RECEIVED BY:

KEEP THIS COPY FOR YOUR RECORDS

Exhibit H
Page 5 of 17 Pages

| CUSTOMER'S ORDER NO. | DEPARTMENT | | DATE Sept 03 | |
|---|---|---|---|---|
| NAME | Mike + Kathy McLoughlin | | | |
| ADDRESS | | | | |
| CITY, STATE, ZIP | Ashland Or. | | | |

Don Kemp    Paid 512908    #4612

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Move in Backhoe to | | |
| 2 | dig Elec. lines | | 60 00 |
| 3 | 9-2- Backhoe to dig lines 5 hr. | 300 | |
| 5 | 9-3- Backhoe on Elec. + Cement | | |
| 6 | blocks at Swimming Pool 7hr. | 420 | |
| 8 | 10-29 Move in Cat | | 60 |
| 9 | 10-30- Move in Backhoe | | 60 |
| 10 | dig sewer + Backhoe 3hr | | 180 |
| 11 | dozer cover Elec. 3hr | | 180 |
| 12 | 10 yd gravel | | 120 |
| 13 | labor | | 75 |
| 14 | 10-31-03 | | |
| 15 | 50 yd gravel w/ pl | | 600 |
| 16 | Dozer + Backhoe 7hr | | 420 |
| 18 | | | 2075 00 |

KEEP THIS SLIP FOR REFERENCE
5805

**DON KEMRY EXCAVATION**
600 S. Pacific Highway
Talent, Oregon 97540
Tel. (541) 535-3807
Licensed • Bonded
CCB# 0012009

0323

Ph:

Bill To: Mike & Kathy McLaughlin
Address: Greenspring Dr.
City: Talent, Or.
Job Name and Location: off Beaver Cr. Rd.
Best Time for Job: A.M. — P.M.
Description of Work: Road work.

| Date | Description | Amount |
|---|---|---|
| (7-12-04) | Move in Dozer | 65.00 |
| (7-13) | 10 yd gravel 10.00 | 150 — |
| | 30 yd Shale 8.00 | 240 — |
| (7-14) | 20 yd Shale | 160 — |
| | John Deere | 180 — |
| (7-20) | 50 yd Shale | 400 — |
| | 10 yd gravel | 150 — |
| | Old grader | 65 — |
| | Dozer — 4 hr | 240 — |
| (7-21) | 20 yd gravel | 300 — |
| | 10 yd Shale | 80 — |
| | Cat 1 hr | 60 — |
| | grader — 2 hr Bullsoil | 120 — |
| | pd. 8/9/04 | 2210.00 |
| | ck #4794 | |

Terms
☐ Cash on Completion

**DON KEMRY EXCAVATION**
600 S. Pacific Highway
Talent, Oregon 97540
Tel. (541) 535-3807
Licensed • Bonded
CCB# 0012009

0316

| | | |
|---|---|---|
| Bill To | Phone | |
| Address | Equip. Chg. | |
| City | Labor | |

Job Name and Location:

Best Time for Job:

Description of Work:

| | | |
|---|---|---|
| Brought Forward | 2210 | 00 |
| 7-22 20 yd gravel | 300 | — |
| 30 yd shale | 240 | — |
| cat time 3 hr | 180 | — |
| grader 1 hr. | 60 | — |
| (7-23) 80 yd shale | 640 | — |
| dozer 2 hr. | 120 | — |
| gr. 1 hr | 60 | — |
| (7-24) 40 yd gravel | 600 | — |
| gr. 1 hr | 60 | — |
| Roller 4 | 240 | — |
| (7-26) 60 yd shale | 480 | — |
| 20 yd gravel | 300 | — |
| cat 7 hrs | 420 | — |
| Roller 2 hr. | 120 | — |
| | 6130 | 00 |
| pd 8/9/04 | | |
| ch. 4794 | | |

Terms
☐ Cash on Completion
☐ Other

ACCEPTANCE

**DON KEMRY EXCAVATION**
600 S. Pacific Highway
Talent, Oregon 97540
Tel. (541) 535-3807
Licensed • Bonded
CCB# 0012009

0317

Bill To: Mike + Kathy M__ Laughlin

| Description | Amount | |
|---|---|---|
| Brought Forward 6/30 | | |
| 7-27- 1 yd shale | 80 | — |
| (7-29-) 40 yd shale | 320 | — |
| 10 yd granit | 150 | — |
| Cat time 2 hr. | 120 | — |
| (7-30-) | | |
| 50 yd granit | 750 | — |
| Grader 2 hr. | 120 | — |
| total | 1670 | 00 |
| (Road only) | | |
| pd 8/9/04 ck #4784 | | |

ACCEPTANCE

Terms
☐ Cash on Completion
☐ Other

Exhibit __H__
Page __9__ of __17__ Pages