ACCOUNT: 120-1872669    STATEMENT DATE: August 18, 2004    IMAGE PAGE

ACCOUNT: 113-1472649    STATEMENT DATE: September 18, 2003    IMAGE PAGE    2

| Check # | Ref # | Amount |
|---|---|---|
| 4537 | REF#0152701646 CK# | 568.39 |
| 4538 | REF#0192401646 CK# | 114.21 |
| 4539 | REF#0188701900 CK# | 45.00 |
| 4540 | REF#0304100900 CK# | 6.55 |
| 4541 | REF#0119400220 CK# | 628.05 |
| 4542 | REF#0165002120 CK# | 700.00 |
| 4543 | REF#0351701640 CK# | 3085.00 |
| 4544 | REF#0175108660 CK# | 6035.00 |
| 4545 | REF#0168750320 CK# | 5723.00 |
| 4546 | REF#0256400160 CK# | 499.41 |

Exhibit H
Page 13 of 17 Pages