

ACCOUNT: 110-7872569    STATEMENT DATE: September 18, 2003    IMAGE PAGE    3