

Exhibit H
Page 16 of 17 Pages



Exhibit H
Page 17 of 17 Pages