INVOICE

9223

Exhibit I
Page 1 of 6 Pages

9205

# INVOICE

Green Springs Energy

BPO #2

**NAME:** Michael & Kathleen Mahan
**ADDRESS:**
**CITY, STATE, ZIP:**

**SHIP TO:**
**ADDRESS:**
**CITY, STATE, ZIP:**

**TERMS:** 1/2 down, 1/2 COD
**DATE:** 3/30/03

| Qty | Description | Price | Amount |
|---|---|---|---|
|  | All items are used w/ guarantee to work and w/ 20 year warranty on panels. All equipment is 2 1/2 years old. | | |
| 2 | Trace 4048 Inverters (used) | | $1500 — |
| 16 | Siemens 75W panels w/ rack and pole top mount | | $3200 — |
| 1 | Trace C-40 charge control w/ D.C. disconnect and E-meter | $100 00 | $100 00 |
| 40 | Trojan L-16 used Batts, w/ new 2 0 bus cables – 2 1/2 years old & in good condition and never discharged | | $2000 00 |
| | | Total | $7,600 — |

Will also need 14' - 6" sch 40 steel pipe for pole - @ 25 bags concrete + all wire/conduit to house and from panels - storage building for batts and equipment - will need batt cables from batts to inverters. Installation is not included in this price. Delivery to site of all items is extra.

Received 1/2 $3,940.00 4-8-03 TR

Received 2nd 1/2 $3,940, 4-10-03

Pd-n-full

Exhibit I
Page 2 of 6 Pages

**WELLS FARGO**

ACCOUNT: 110-1472669     STATEMENT DATE: April 17, 2003     IMAGE PAGE     2

| Check # | Payee | Date | Amount |
|---|---|---|---|
| 4434 | GMAC Mortgage | 3/31/03 | $1,941.07 |
| 4435 | MTA | 3/31/03 | $47.70 |
| 4436 | MEA | 3/31/03 | $88.71 |
| 4437 | Tesoro/Shell | 3/31/03 | $44.99 |
| 4438 | Enstar | 3/31/03 | $123.44 |
| 4439 | Wells Fargo Auto Finance | 3/31/03 | $499.41 |
| 4440 | A+W | 3/31/03 | $21.77 |
| 4442 | Bank of America | 3/31/03 | $500.00 |
| 4443 | McBooths | 4/4/03 | $38.00 |
| 4445 | Greenspring Energy | 3/31/03 | $6,340.00 |

REF#0139901280  CK# 4434  1941.07
REF#8161601170  CK# 4435  47.70
REF#0212200660  CK# 4436  88.71
REF#0176100320  CK# 4437  44.99
REF#0209701260  CK# 4438  123.44
REF#0151700690  CK# 4439  499.41
REF#0102500560  CK# 4440  21.77
REF#0174600210  CK# 4442  500.00
REF#0121500470  CK# 4443  38.00
REF#0183901600  CK# 4445  6340.00

Exhibit  I
Page  3  of  6  Pages



ACCOUNT: 110-1472669    STATEMENT DATE: April 17, 2003    IMAGE PAGE    3

[Image of three check images from the Wells Fargo statement for account 110-1472669, drawn by Michael S. McLaughlin / Cathleen Nelson McLaughlin:
- Check #4446, dated 4/6/03, payable to Albertson's, $18.27
- Check #4447, dated 4/7/03, payable to Bank of America, $300.00
- Check #4448, dated 4/4/03, payable to Greenspring(s) ?, $6340.00]

NOTICE: see reverse side for important information.

Exhibit I
Page 4 of 6 Pages

ACCOUNT: 110-1472669     STATEMENT DATE: April 19, 2004     IMAGE PAGE     3

REF#0178000220 CK# 4723 3034.10

REF#0180501300 CK# 4726 905.76

Exhibit I
Page 5 of 6 Pages

**WELLS FARGO**

ACCOUNT: 110-1472669   STATEMENT DATE: May 19, 2004   IMAGE PAGE   2

| Check # | Date | Payee | Amount | REF# |
|---|---|---|---|---|
| 4735 | | Teresa Hall | $358.64 | REF#0126400099 |
| 4736 | 5/1/04 | Wings Foods | $30.87 | REF#0142600120 |
| 4737 | 5/3/04 | Greensprings Energy | $3,034.10 | REF#0169702100 |
| 4739 | 5/5/04 | Southern Oregon Family Practice PC | $148.00 | REF#0139600480 |
| 4740 | 5/10/04 | Wells Fargo Auto Finance | $499.41 | REF#0192000660 |

Exhibit I
Page 6 of 6 Pages