**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

TRANSCRIPT DESIGNATION FORM

RECEIVED

JAN 1 8 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S. Court of Appeals #_____    U.S. District Court # A05-0019 CR (RRB)

Short Case Title _____ USA vs. McLaughlin _____

Date Notice of Appeal Filed by Clerk of District Court_____ 12/27/05 _____

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 11/30/05 | April Karper | OTHER: Sentencing |

**(Attach Additional Page for Designations if Necessary)**

(X ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)*.

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered ___01/17/06___    Estimated Date for Completion _30 days_

Signature of Attorney _____    Phone Number (907) 258-8750

Address ___Ingaldson, Maassen & Fitzgerald, P.C., 813 West Third Avenue___
          Anchorage, AK 99501

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
     (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

    Approximate Number of Pages _____    Due Date _____

**Section C - To Be Completed by Court Reporter**

    Date Transcript Filed _____ Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)