# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   CATHLEEN N. McLAUGHLIN

THE HONORABLE RALPH R. BEISTLINE

<small>CAREER LAW CLERK</small>                                   CASE NO.  A05-0019 CR (RRB)

 John W. Erickson, Jr.                   DATE: January 30, 2006

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                    **REQUESTING SUPPLEMENTAL INFORMATION**

      Having thoroughly reviewed the Government's Restitution Memorandum (Docket No. 32), the Government's Supplemental Memorandum on Restitution (Docket No. 37), and Defendant Cathleen N. McLaughlin's Response to the Government's Supplemental Memorandum on Restitution (Docket No. 39), as well as all attachments and exhibits contained therewith, the Court is unable to determine, for certain, whether Defendant Cathleen N. McLaughlin paid her malpractice carrier, St. Paul, $5,000 for providing coverage in: (1) the instant matter; and/or (2) the Catherwood estate matter. Consequently, Defendant shall have until **Friday, February 10, 2006**, to provide the Court with any and all supplemental information (but no more than five (5) pages, to include exhibits) regarding the same.