# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | v. | CATHLEEN N. McLAUGHLIN |

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                          CASE NO.  A05-0019 CR (RRB)

John W. Erickson, Jr.                                     DATE: February 9, 2006

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **REGARDING APPELLANT'S NOTICE OF APPEAL**

On December 27, 2005, Appellant Cathleen N. McLaughlin ("Appellant") filed a Notice of Appeal (Docket No. 34) from the Judgment (Docket No. 28) entered by the Court on December 6, 2005. Because the Notice of Appeal was filed more than 10 court days after entry of judgment, but within 30 calendar days after the expiration of the time to file the notice of appeal, Appellant shall have until **Friday, February 24, 2006**, to request that the time for filing the Notice of Appeal be extended for a period not to exceed 30 calendar days from the expiration of the time for filing a Notice of Appeal based on a showing of excusable neglect. See Fed. R. App. P. 4(b)(4); U.S. v. Prairie Pharmacy, Inc., 921 F.2d 211, 212 (9th Cir. 1990); U.S. v. Stolarz, 547 F.2d 108, 112 (9th Cir. 1976).