Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,      )
                               )   No. 3:05-cr-019-RRB
                Plaintiff,     )
                               )
        v.                     )   **SUPPLEMENTAL**
                               )   **RESTITUTION**
CATHLEEN N. McLAUGHLIN,        )   **BRIEFING**
                               )
                Defendant.     )
_____)

On January 30, 2006, the court issued an order

requesting any additional information that the two checks

McLaughlin wrote to St. Paul for deductibles related to the

instant matter, and/or the Catherwood estate matter.  At

this point in time McLaughlin, who is currently

incarcerated, lacks the documents necessary to make this

showing "for certain."  Presumably, the government has

access to documentation which would serve to demonstrate

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. McLaughlin
No. 3:05-cr-019-RRB
Supplemental Briefing

the nexus between the St. Paul checks and the underlying

matters.   The government has failed to demonstrate that the

checks and money already paid were not for the deductibles

in question.   See McLaughlin's objections to the

presentence report and her sentencing memorandum.   What

McLaughlin can provide are copies of the two $5,000.00

checks paid to St. Paul on October 31, 2002 and December

11, 2002 for payment of deductibles.   Copies of these

checks are provided here as Exhibit A.

It is the government's burden to prove that

McLaughlin did <u>not</u> pay the $5,000.00 deductibles for the

referenced matters.   18 U.S.C. § 3664(e) makes this clear:

> The burden of demonstrating the amount of
> the loss sustained by a victim as a result
> of the offense shall be on the attorney for
> the Government.

Given its previous representations, it would be

impossible for the government to carry this burden now.

Heretofore, the government's position has been that

McLaughlin has paid no more than $19,714.00 in restitution,

none of it in insurance deductibles.   Presentence Report, §

161(D)/191-2.   This claim is demonstrably false.

McLaughlin has repeatedly presented evidence that she paid

approximately $75,000.00 to or on behalf of Ahearn and

Webb, in part for deductibles, as well as $10,000.00

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. McLaughlin
No. 3:05-cr-019-RRB
Supplemental Briefing

directly to St. Paul for deductibles.  There is simply no way, at this point, that the government can show that the $65,000.00 paid directly to Ahearn/Webb, or the $10,000.00 paid directly to St. Paul did not provide payment of the deductibles in the instant matter and/or the Catherwood estate matter.  For these reasons, no restitution should be ordered.

Dated at Anchorage, Alaska February 10, 2006.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Attorneys for Defendant


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

CERTIFICATE OF SERVICE

I hereby certify that on 02/10/06,
a copy of the foregoing Supplemental
Restitution Brief and its attachments
was served electronically on:

Crandon Randell, Assistant U.S. Attorney

 s/Kevin T. Fitzgerald
F:\W\3105-1\Pleading\Supplemental Briefing.doc

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. McLaughlin
No. 3:05-cr-019-RRB
Supplemental Briefing