```
CATHLEEN NELSON McLAUGHLIN, PC                                    6167
310 K ST., STE. 400, (907) 276-5294
ANCHORAGE, AK 99501                       10/31/02  Date    89-93/1252

Pay to the  The St. Paul                              $ 5,000.00
Order of
Five thousand dollars + no/100                         Dollars

NORTHRIM BANK       000830632
ANCHORAGE, AK 99503
# 000146810
For DR00601133                          CN McLaughlin

⑆125200934⑆ 0107044109⑈   6167  ⑉00005000000⑉
```

Tracer: 11011650 - Amt: $5,000.00 - 11/12/02

[endorsement back of check]

```
20021112  01101160
R-10, B-001, P-01

091000022                  110702 921

091000022 11072002 8112
S/T 102 ID 90 PKT 23
ACCT 09120120240394
6145394445
```

Tracer: 11011650 - Amt: $5,000.00 - 11/12/02

Exhibit  A
Page  1  of  2  Pages

**CATHLEEN NELSON McLAUGHLIN, PC**
310 K ST., STE. 400, (907) 276-5294
ANCHORAGE, AK 99501

6170
89-93/1252

Date 12/11/02

Pay to the Order of: St. Paul          $5,000.00

Five thousand dollars + no/100 —— Dollars

NORTHRIM BANK
ANCHORAGE, AK 99503

OR00601133

For 0008307632

[signature] CNMcLaughlin

⑆125200934⑆ 0107044109⑈    6170    ⑈0000500000⑈

Tracer: 11034167 - Amt: $5,000.00 - 12/23/02

[endorsement back of check]

20021223, 01103416/
P - 21, B - 037, P - 01
091000022 CREDIT TO THE ACCT OF THE WITHIN NAMED PAYEE  122002 111
091000022 12202602 5004
S/T 104 ID 99 PKT 23
ACCT 0018912340904
7144768104

ENDORSE HERE: X
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY

Tracer: 11034167 - Amt: $5,000.00 - 12/23/02



Exhibit A
Page 2 of 2 Pages