Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com


Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-019-RRB |
| ) | |
| Plaintiff, ) | [proposed] **ORDER GRANTING** |
| ) | **REQUEST TO EXTEND TIME** |
| v. ) | **PERIOD FOR FILING NOTICE** |
| ) | **OF APPEAL FROM TEN** |
| CATHLEEN N. McLAUGHLIN, ) | **DAYS TO 30 DAYS** |
| ) | |
| Defendant. ) | |
| _____) | |

This matter, having come before the court upon
the defendant's request to extend time period for filing
notice of appeal from ten days to 30 days, and the court
being fully advised,

IT IS ORDERED that the request is GRANTED, and
the defendant's notice of appeal filed December 27, 2005 is
timely.

DATED:_____

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. McLaughlin
No. 3:05-cr-019-RRB
Order

RALPH R. BEISTLINE
U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on 2/24/06,
a copy of the foregoing proposed
Order was served electronically on:

Crandon Randell, Assistant U.S. Attorney

  s/Kevin T. Fitzgerald
F:\W\3105-1\Pleading\Order on Appeal.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. McLaughlin
No. 3:05-cr-019-RRB
Order