UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 1 3 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CATHLEEN N. MCLAUGHLIN,<br><br>Defendant - Appellant. | No. 06-30016<br><br>D.C. No. CR-05-00019-a-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED

MAR 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

On February 27, 2006, the district court granted appellant's motion for an extension of time to file the notice of appeal. Accordingly, this appeal shall proceed.

The opening brief and excerpts of record are due April 17, 2006; the answering brief is due May 17, 2006; and the optional reply brief is due within 14 days after service of the answering brief.

For the Court

*(signature)*

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\03.06\nw\06-30016.wpd