UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: August 24, 2006

To:  ATTN: ( ) CIVIL
    **REDACTED**  ( ) CRIMINAL

                          (XXX) JUDGE

From:
    Shari Fuhrer
    US District Court
    222 West 7th Avenue, #4
    Anchorage, Alaska 99513

DC No: 3:05-cr-00019-RRB    Appeal No: 06-30016

Short title: USA v McLaughlin

Composition of Record

Clerk's Files in  1  volumes    (xx) original    ( ) certified copy

    Bulky docs. _____ volumes, docket # _____
                            (folders)

Reporter's in _____ volumes    ( ) original    ( ) certified copy
Transcripts

Exhibits:    in _____ envelopes    ( ) under seal

        in _____ boxes    ( ) under seal

Other: **NOTE: Document 37-49 are electronic and available through PACER (certified copy of ACMS and ECF docket enclosed)**
(please note any documents filed under seal)


Acknowledgement: _____    Date: _____
"record.app" [11/21/97]