| AO 435 (Rev. 1/90) Read Instructions on Back: | Administrative Office of the United States Courts  TRANSCRIPT ORDER | | FOR COURT USE ONLY DUE DATE: 2/24/06 |
|---|---|---|---|
| 1. NAME Kevin T. Fitzgerald | 2. PHONE NUMBER (907) 258-8750 | | 3. DATE 01/17/06 |
| 4. MAILING ADDRESS 813 West Third Avenue | 5. CITY Anchorage | 6. STATE AK | 7. ZIP CODE 99501 |
| 8. CASE NUMBER A05-0019 CR(RRB) | 9. JUDICIAL OFFICIAL Judge Beistline | DATES OF PROCEEDINGS 10. FROM 11/30/05 | 11. TO 11/30/05 |
| 12. CASE NAME USA v. McLaughlin | | LOCATION OF PROCEEDINGS 13. CITY Anchorage | 14. STATE AK |

15. ORDER FOR
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☒ SENTENCING | 11/30/05 | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | 9 pp @ .50 pp 34 pp @ 3.00 pp | 4.50 100.00 |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 106.50

18. SIGNATURE [signature]
19. DATE 01/17/06

PROCESSED BY [signature]
PHONE NUMBER 677-0127

TRANSCRIPT TO BE PREPARED BY
TAMSCRIPTS
12425 Marleigh Court
Orlando, FL 32828

COURT ADDRESS
U.S.D.C.
Clerk;s Office
222 W. 7th Ave., #4
Anchorage, AK 99513

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 1/19/06 | | | |
| DEPOSIT PAID | 1/30/06 | | DEPOSIT PAID | 106.50 |
| TRANSCRIPT ORDERED | 1/31/06 | emc | TOTAL CHARGES 9 pp @ .50 pp / 32 pp @ 3.00 pp | 4.50 96.00 |
| TRANSCRIPT RECEIVED | 2/9/06 | emc | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | 6.00 |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)
DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

Exhibit 1
Page 1 of 3 Pages

**INGALDSON MAASSEN, P.C.**
GENERAL ACCOUNT
P.O. BOX 100099
ANCHORAGE, ALASKA 99501-0099
(907) 258-8750

NORTHRIM BANK
ANCHORAGE, AK 99503

89-93/1252

5563

January 20, 2006

PAY TO THE ORDER OF  U.S. Clerk of Court        $106.50

-----------------------------One Hundred Six Dollars & 50/100-------------------DOLLARS

AUTHORIZED SIGNATURE

MEMO  3:05-cr-19 RRB

⑈005563⑈ ⑆125200934⑆ 0107021370⑈

INGALDSON MAASSEN, P.C.                                                5563

1/20/06        Appeal Transcript Fee                              $106.50
               USA v. McLaughlin
               File 3105-1



Exhibit 1
Page 2 of 3 Pages

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
GENERAL ACCOUNT

11300

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | US District Court | | | | |
| 12/23/05 | US District Court - 9th Circuit Appeal / 3105.001 | CR12/23/05 | 255.00 | | 255.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | 255.00 Ded: | 0.00 Net: | 255.00 |
|---|---|---|---|---|---|
| 12/23/05 | 11300 | | | | |

11300

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
GENERAL ACCOUNT
813 WEST THIRD AVENUE
ANCHORAGE, AK 99501-2001
PH. 907-258-8750
VOID AFTER 90 DAYS FROM ISSUE DATE

NORTHRIM BANK
ANCHORAGE, AK 99503
89-93-1252

| DATE | CHECK | AMOUNT |
|---|---|---|
| 12/23/05 | | ****$255.00 |

*** TWO HUNDRED FIFTY-FIVE & 00/100 DOLLARS

PAY TO THE ORDER OF: US District Court

⑈011300⑈ ⑆125200934⑆0107021570⑈

Exhibit 1
Page 3 of 3 Pages