UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


          USA   v.   CATHLEEN N. MCLAUGHLIN

DATE:   December 1, 2006    CASE NO.   3:05-CR-0019-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING RE-SENTENCING**

---

  Pursuant to the decision of the United States Court of Appeals for the Ninth Circuit, No. 06-30016, this matter is hereby set for re-sentencing to take place on **Friday, January 12, 2007,** at **9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.  Sentencing briefs are due by the close of business on **January 5, 2007.**

M.O. SCHEDULING RE-SENTENCING