**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>         Plaintiff,             )<br>                                )   Case No. 3:05-cr-00019-RRB<br>v.                              )<br>                                )<br>CATHLEEN N. McLAUGHLIN,         )   ORDER FOR TRANSFER OF DEFENDANT<br>                                )<br>         Defendant(s).          )<br>                                ) | |

      Pursuant to the decision of the United States Court of Appeals for the Ninth Circuit, No 06-30016, this matter has been scheduled for re-sentencing to take place of Friday, January 12, 2007 at 9:00 a.m. in Courtroom 2 Anchorage Alaska.

      The Unites States Marshal will please locate defendant McLaughlin and arrange for her transportation to the District of Alaska for this hearing. The Marshal will please inform the court of the defendant's arrival date in the District of Alaska, or if the hearing presently scheduled will need to be rescheduled.

      Dated at Anchorage, Alaska, this 11th day of December, 2006.

                                        S/RALPH R. BEISTLINE
                                        United States District Judge