UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 11 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CATHLEEN N. MCLAUGHLIN,<br><br>Defendant - Appellant. | No. 06-30016<br><br>D.C. No. CR-05-00019-a-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
DEC 18 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's opposed motion for costs is denied. *See* 28 U.S.C. §2412(a)(1) (2006). (Cost awards in cases with federal participants limited to civil cases.) Appellee's reply is denied as MOOT.

For the Court:
CATHY A. CATTERSON
Clerk of Court

Bonnie J. Kates
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

OPS/bjk