MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. CATHLEEN N. MCLAUGHLIN    CASE NO. 3:05-cr-00019-RRB
Defendant: _X_Present _X_In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        APRIL KARPER

UNITED STATES' ATTORNEY:        CRANDON RANDELL

DEFENDANT'S ATTORNEY:        KEVIN FITZGERALD

U.S.P.O.:                TIM ASTLE

PROCEEDINGS: RESENTENCING HEARING HELD JANUARY 12, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:13 a.m. court convened.

_X_Notice of Appeal form given to defendant.

_X_Court stated findings/reasons pursuant to sentencing
   guidelines.

_X_Imprisonment for a period of 20 months on Count 1 of the
   Indictment.

_X_Defendant placed on supervised release for a period of _3_
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

_X_Special Assessment $100.00 , due immediately.

_X_Restitution $ 10,000.00 , to be paid to the Clerk of Court and
   be paid out accordingly to the Courts Restitution Order at
   docket #45.

_X_Defendant remanded to the custody of the U.S. Marshal.

_X_OTHER: Appeal rights given. Payment Coupon given to defendant.

At 10:05 a.m. court adjourned.


DATE:    January 12, 2007    DEPUTY CLERK'S INITIALS:    ak