**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

　UNITED STATES OF AMERICA　  v.  　CATHLEEN N. McLAUGHLIN　

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                                     CASE NO.  3:05-cr-00019-RRB

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 15, 2007

　　　In reviewing the above-referenced file, the court finds it has possession of a passport belonging to defendant Cathleen McLaughlin. Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed order to the Court's consideration on or before Wednesday, August 1, 2007.

[]{IA.WPD*Rev.12/96}