Defendant
Cathleen N. McLaughlin, pro se
15797 Highway 66
Ashland, Oregon 97520



RECEIVED
JUL 3 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. A05-0019 CR (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO RETURN PASSPORT** |
| | ) | **TO DEFENDANT** |
| CATHLEEN N. McLAUGHLIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to this Court's Minute Order, Defendant Cathleen McLaughlin, pro se, requests this Court direct the Clerk to return Defendant's passport to her by mailing it to the address listed below.

Defendant surrendered her passport at the direction of this Court in 2005. Defendant was released from the Dublin Prison Camp on May 17, 2007 and immediately reported to the Community Justice Transition Center. Defendant was released from the Transition Center on July 6, 2007 and resides at the address listed below.

Based on this Court's Order, which requested Defendant file

MOTION TO RETURN PASSPORT
TO DEFENDANT                -1-

this Motion on or before August 1, 2007, Defendant requests her Motion be granted and her passport returned to her at this time.

Dated this 24th day of July, 2007.

*/s/ Cathleen N. McLaughlin*
Cathleen N. McLaughlin
15797 Highway 66
Ashland, Oregon   97520

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2007,
a copy of the foregoing was mailed to:

Crandon Randell, Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue #9 Room 253
Anchorage, Alaska   99513

Kevin Fitzgerald, Esq.
813 West Third Avenue
Anchorage, Alaska   99501

*/s/ Cathleen N. McLaughlin*
Cathleen N. McLaughlin

MOTION TO RETURN PASSPORT
TO DEFENDANT                              -2-

Cathleen McLaughlin
15797 Hwy 66
Ashland, Oregon
97520

MEDFORD OR 975
25 JUL 2007



Clerk of Court
U.S. Courthouse
222 W. 7th Ave
Box 4, Room 229
Anchorage, Alaska

99513-7500

