UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   CATHLEEN N. MCLAUGHLIN  

DATE:   August 14, 2007     CASE NO.   3:05-CR-0019-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
GRANTING RETURN OF PASSPORT**

Defendant's Motion to Return Passport to Defendant post-trial, filed at Docket 64, is hereby **GRANTED**. Defendant's passport to be returned to her at 15797 Highway 66, Ashland, OR 97520.

M.O. GRANTING RETURN OF PASSPORT